UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 07845
  MIKE A MWAISANGO
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
        Debtor
  SSN XXX-XX-4881
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/01/08 and confirmed on 06/09/08.

2. The case was dismissed after confirmation, 11/06/2008.

3. The Debtor paid a total of $ 1332.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 180.80 | .00 | .00 |
| AMCORE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMCORE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL CO LL | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| TIMBER TRAILS HOMEOWNERS | SECURED | 1047.73 | .00 | 90.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 308.08 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1047.73 | 180.80 | 308.08 | .00 | 1536.61 |
| PRINCIPAL PAID | 90.00 | .00 | .00 | .00 | 90.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 90.00 | .00 | .00 | .00 | 90.00 |

The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $ 3500.00 and was paid $ 700.00 direct and $ 1164.74 through the plan.

The Trustee received $ 77.26 .

Refunds to the Debtor totaled $    .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/10/09                      /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                        PAGE  2
    CASE NO. 08 B 07845 MIKE A MWAISANGO
```